In the Matter of ANDREW C. McGOWIN v. S. S. MENKEN.— Motion granted. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

In the Matter of EDWARD H. FROST.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

ANDREW A. MURDOCH v. MAX S. GRIFENHAGEN.— Motion granted. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

WILLIAM E. CONLEY v. MAX FINE.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

JOSEPH VORHAUS v. CITY NATIONAL SECURITIES COMPANY.— Motion denied. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

MAX STEIGMAN v. WAGARAW SILK DYEING COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

ROBERT F. CRUTCHFIELD v. WHITE AVENUE RAILROAD COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

BANKERS SERVICE CORPORATION v. SECOND NATIONAL BANK OF ALLEGHENY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

ALBERT M. STADLER v. UNION TRUST COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

EUGENE L. RICHARDS v. ÆTNA ACCIDENT AND LIABILITY COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

KATE LUDWIG v. GEORGE HERMANN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

FRANKLIN Q. BROWN v. LIONELLA PERERA.— Motion granted. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

In the Matter of HIRAM H. LAMPORT.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

MAMIE BENESCH v. WILLIAM F. BENESCH. MAMIE BENESCH v. WILLIAM F. BENESCH.— Motions denied. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

KOBRE ASSETS CORPORATION v. HYMAN D. BAKER and Others.— Motion denied. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

A. E. R. REALTY COMPANY and Others v. GEORGE T. KELLY.— Motion granted, unless appellant complies with terms of order. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

In the Matter of BERNARD J. TINNEY.— Reference ordered to Hon. John J. Freedman, official referee. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling and Shearn, JJ.